No. 79–5405.   GARRETT v. MITCHELL, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 79–5412.   LANE v. GREER, WARDEN, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 79–5413.   GILBERT v. KENTUCKY.   Ct. App. Ky.   Certiorari denied.

No. 79–5415.   GARRETT v. MITCHELL, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 79–5416.   GARRETT v. MITCHELL, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 79–5417.   GARRETT v. BRABHAM ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 79–5419.   FRENCH v. NEW HAMPSHIRE.   Sup. Ct. N. H.   Certiorari denied.

No. 79–5422.   YANCEY v. STEPHENSON, CORRECTIONAL SUPERINTENDENT, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 79–5425.   LANG v. ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 79–5435.   MUDD v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 79–5453.   SOTO-MONTES v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 79–5473.   CONNLEY v. NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.

No. 79–5474.   HARBIN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.